IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RONALD CURTIS JOHNSON                                                                     PLAINTIFF

V.                                           1:14CV00052 DPM/JWC

JENNIFER MCBRIDE-ANDREWS, *et al*                                              DEFENDANTS

## ORDER

On August 4, 2015, Defendants filed a motion for summary judgment, a statement of facts, and a brief in support (docket entries #64-#66). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted additional time to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Defendant's motion for summary judgment no later than 14 days after this order's entry date.

DATED this 25th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE