IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONALD CURTIS JOHNSON                                                PLAINTIFF

v.                          No. 1:14-cv-52-DPM

JENNIFER McBRIDE-ANDREWS, Health
Services Administrator, Corizon; CONNIE
HUBBARD, Mid-Level Provider, Corizon;
OJIUGO IKO; and LINDA VINCENT, Corizon        DEFENDANTS

ORDER

Unopposed recommendation, № 68, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 64, is granted. Johnson's Hepatitis C claim against Hubbard, his missed-medication claims against Hubbard and Iko, and his shoe claim against Vincent will be dismissed with prejudice. His remaining claims will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2015