IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONALD CURTIS JOHNSON                                                          PLAINTIFF

v.                                      No. 1:14-cv-52-DPM

JENNIFER McBRIDE-ANDREWS, Health
Services Administrator, Corizon; CONNIE
HUBBARD, Mid-Level Provider, Corizon;
OJIUGO IKO; and LINDA VINCENT, Corizon                                         DEFENDANTS

## JUDGMENT

1. Johnson's claims against McBride-Andrews, his shoe claim against Iko, and his missed-medication claim against Hubbard are dismissed without prejudice for failure to exhaust.

2. Johnson's Hepatitis C claim against Hubbard, his missed-medication claims against Hubbard and Iko, and his shoe claim against Vincent are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2015